IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS SILVA,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**H. BLAGG, et al.,**<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-00960-R-AGR<br><br>**ORDER OF DISMISSAL PURSUANT TO PARTIES' STIPULATION**<br><br>Judge:　　Manuel L. Real<br>Action Filed: February 11, 2016 |

　　　Plaintiff Luis Silva is appearing pro se and in forma pauperis in this civil-rights action pursuant to 42 U.S.C. § 1983.

　　　On April 23, 2019, the parties filed a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 110.)

　　　Rule 41(a)(1)(A)(ii) provides, in pertinent part, that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation to dismiss an action pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action without operation of a court order. *Black Rock City, LLC v. Pershing Cty. Bd. Of Comm'rs.*, 637 F. App'x

488 (9th Cir. 2016) (citing *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999)).

In this case, Plaintiff and counsel for Defendants V. Cornejo, H. Blagg, A. Bender, K. Valaau, C. Mohammed, and B. Villa have signed and dated a stipulation to dismiss this action, and filed it with the Court.[1] In light of the parties' stipulation for voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending deadlines are terminated. Each party is to bear its own litigation costs, fees, and expenses of any type, including attorney's fees.

The Clerk of the Court is hereby directed to close this case pursuant to the parties' stipulation.

**IT IS SO ORDERED**.

Dated: May 9, 2019

Honorable MANUEL L. REAL
United States District Judge

LA2016501434
53361677.docx

---

[1] The case was referred to a settlement conference under the Central District's Prisoner Settlement Program. (ECF No. 105.) The settlement conference took place at Richard J. Donovan Correctional Facility on April 2, 2019, where Plaintiff Silva and counsel for Defendants appeared. (ECF No. 108.) Settlement in this matter was reached with the assistance of Magistrate Judge Rozella A. Oliver.

2